FILED
CLERK, U.S. DISTRICT COURT
JUL 2 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ORIENTHAL DELEANOR LIGGINS,<br><br>  Petitioner,<br><br>  v.<br><br>G. PENROD,<br><br>  Respondent. | No. ED CV 08-00546-FMC (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein and the Amended Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered denying and dismissing the Petition without prejudice.

DATED: July 24, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE