FILED
CLERK, U.S. DISTRICT COURT
JUL 2 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ORIENTHAL DELEANOR LIGGINS, ) | No. ED CV 08-00546-FMC (VBK) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| G. PENROD, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: July 24, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE